1  OPHIR JOHNA (SBN 228193)
   ojohna@maynardnexsen.com
2  MAYNARD NEXSEN LLP
   10100 Santa Monica Boulevard, Suite 550
3  Los Angeles, CA 90067
   Telephone: (310) 596-4500
4

5  Attorneys for Defendant
   Primerica Life Insurance Company
6

7

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

11 | JESSICA MERCADO, an individual, | Case No. 5:23-cv-01063-SSS-SHK |
12 |            Plaintiff,           |                                |
13 |            vs.                  | **NOTICE OF SETTLEMENT**       |
14 | PRIMERICA LIFE INSURANCE        |                                |
15 | COMPANY; DOES 1 to 10,          |                                |
16 |            Defendants.          | Complaint filed: February 8, 2023 |

1

1  TO THE HONORABLE COURT:

2  Please take notice that the parties have reached a settlement of the entire
3  action. The parties expect to execute the settlement documents and finalize the
4  settlement within 30 days, after which they will file a stipulation to dismiss the entire
5  action with prejudice.

DATED: March 25, 2024                MAYNARD NEXSEN LLP

By: /s/ Ophir Johna
OPHIR JOHNA
Attorneys for Defendant
Primerica Life Insurance Company

# CERTIFICATE OF SERVICE

*Mercado v. Primerica Life Insurance Co.*
U.S. District Court, Central District of Calif., Case No. 5:23-cv-01063-SSS-SHK

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 10100 Santa Monica Blvd., Ste. 550, Los Angeles, CA 90067.

On **March 25, 2024**, I served the document(s) entitled, NOTICE OF SETTLEMENT on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **March 25, 2024,** at Los Angeles, California.

_____
Lea Borys

1020793\304578071.v1

# SERVICE LIST

*Mercado v. Primerica Life Insurance Co.*

Gregory D. Angus, Esq.
Law Office of Gregory D. Angus
6825 Magnolia Avenue, Ste. C
Riverside, CA 92506
Tel: (951) 781-6555
Fax: (951) 781-6550
Email: greg@theangusfirm.com
*Attorney for Plaintiff*
*Jessica Mercado*