OPHIR JOHNA (SBN 228193)
ojohna@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone: (310) 596-4500

Attorneys for Defendant
Primerica Life Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JESSICA MERCADO, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY; DOES 1 to 10,<br><br>　　　　Defendants. | Case No. 5:23-cv—1063-SSS-SHK<br><br>Hon. Sunshine S. Sykes<br>Courtroom 2<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]**<br><br><br>Complaint filed: February 8, 2023 |

1

**TO THE HONORABLE COURT:**

It is hereby stipulated by and between Plaintiff Jessica Mercado and Defendant Primerica Life Insurance Company, through their undersigned counsel of record, that the entire action be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), with each party bearing her or its own attorneys' fees and costs and waiving all rights of appeal.

**IT IS SO STIPULATED.**

DATED: April 24, 2024                    MAYNARD NEXSEN LLP

                                         By:  /s/ Ophir Johna
                                              OPHIR JOHNA
                                              Attorneys for Defendant
                                              Primerica Life Insurance Company


                                         LAW OFFICES OF GREGORY ANGUS
DATED: April 24, 2024

                                         By:  /s/ Gregory Angus
                                              GREGORY D. ANGUS
                                              Attorneys for Plaintiff
                                              Jessica Mercado


Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I hereby attest that concurrence in the filing of this document and its content has been obtained by all signatories listed.

# CERTIFICATE OF SERVICE

*Mercado v. Primerica Life Insurance Co.*
U.S. District Court, Central District of Calif., Case No. 5:23-cv-01063-SSS-SHK

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 10100 Santa Monica Blvd., Ste. 550, Los Angeles, CA 90067.

On **April 24, 2024**, I served the document(s) entitled, **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [FED. R. CIV. P. 41(A)]** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **April 24, 2024,** at Los Angeles, California.

_____
Lea Borys

1020793\304578071.v1

# SERVICE LIST

### *Mercado v. Primerica Life Insurance Co.*

Gregory D. Angus, Esq.
Law Office of Gregory D. Angus
6825 Magnolia Avenue, Ste. C
Riverside, CA 92506
Tel: (951) 781-6555
Fax: (951) 781-6550
Email: greg@theangusfirm.com
*Attorney for Plaintiff*
*Jessica Mercado*