**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JESSICA MERCADO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY; DOES 1 to 10,<br><br>Defendants. | Case No. 5:23-cv—1063-SSS-SHKx<br><br>Hon. Sunshine S. Sykes<br>Courtroom 2<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]**<br><br><br>Complaint filed: February 8, 2023 |

1

1 | Pursuant to the stipulation of the parties, the above-entitled action is hereby
2 | dismissed in its entirety, with prejudice.  Each party shall bear her or its own
3 | attorneys' fees and costs and waives all rights of appeal.

5 | **IT IS SO ORDERED.**

7 | Dated: April 30, 2024

_____
Hon. Sunshine S. Sykes
United States District Judge

-1-

ORDER DISMISSING ENTIRE ACTION
WITH PREJUDICE